UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-32998 |
|---|---|
| GEORGE ANNA THOMPSON | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3971150**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 1/ 16 | COLUMBUS BONDING CENTER<br>% H DOUCHET<br>895 S HIGH ST<br>COLUMBUS, OH  43206 | 321.75 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/1/2009

Certificate of Service         04-32998

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

GEORGE ANNA THOMPSON
5334 JOSHUA TRAIL
DAYTON, OH  45427

RUTH SLONE
BOX 3340
DAYTON, OH  45401

(16.1)
COLUMBUS BONDING CENTER
% H DOUCHET
895 S HIGH ST
COLUMBUS, OH  43206

(27.1n)
NCO FINANCIAL SERVICES
1804 WASHINGTON BLVD DEPT 300
BALTIMORE, MD  21230

(30.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY    ___/s/ Jeffrey M. Kellner_____    cs